UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-81042 |
| **MARIUSZ R. CZERWIEC** ) | |
| **BOZENA M. CZERWIEC** ) | |
| **2416 THOROUGHBRED TRAIL** ) | |
| **WOODSTOCK, IL 60098** ) | |
| Debtor(s) ) | |
| ) | Judge: Thomas Lynch |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

ILLINOIS TITLE LOANS　　　　　　　　　　　　　　　　ILLINOIS TITLE LOAN
LEGAL DEPARTMENT　　　　　　　　　　　　　　　　　700 FRONT STREET
8601 DUNWOODY PLACE, SUITE 406
ATLANTA GA 30350-　　　　　　　　　　　　　　　　　 MCHENRY IL 60050-

　　　　You are hereby notified that the above objection has been set for hearing before the **U.S. Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101** at the following date and time:

**OCTOBER 27, 2017  8:45 A.M.**

　　　　You may appear at the stated time and place and offer evidence in support of or in opposition to such objection. If you fail to appear, the allegations of said objection may be taken as true and an Order entered accordingly.

**Certificate of Mailing**

The undersigned certifies that a copy of this objection, notice and order were mailed to the Debtor(s) at the address on file with the Trustee's office, the creditor listed above in envelopes addressed as indicated bearing first class postage on the 13 day of OCTOBER, 2017. I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occurs automatically upon the filing of said objection. The creditor's copies of this Notice and the envelopes addressed to all creditors' addresses were mailed to the attention of an officer, a managing or general agent or agent authorized by law to receive service of process.

　　　　　　　　　　　　　　　　　　　　　　/s/Susan K. Jones
　　　　　　　　　　　　　　　　　　　　　　For Lydia S. Meyer, Trustee

_____

**OBJECTION TO COURT CLAIM #13**

Now comes Lydia S. Meyer, Chapter 13 Trustee, and objects to the claim of ILLINOIS TITLE LOANS and in support thereof, states the following:

1. 　　The bar date for non-governmental creditors to file claims was 9/11/2017.
2. 　　ILLINOIS TITLE LOANS filed a claim on 9/12/2017 (#13 on PACER) in the amount of $3,807.95; the claim was filed after the claims bar date.
3. 　　Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of ILLINOIS TITLE LOANS be disallowed, and for such other and further relief as this court deems proper.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer. Trustee
　　　　　　　　　　　　　　　　　　　　　P.O. Box 14127
　　　　　　　　　　　　　　　　　　　　　Rockford, IL 61105-4127