UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARIUSZ R. CZERWIEC | ) | CASE NO. 17-81042 |
| BOZENA M. CZERWIEC | ) | |
| | ) | |
| Debtor(s). | ) | |

# ORDER CONFIRMING PLAN

The matter presented being confirmation of the plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 29 (the Chapter 13 "Plan"), having been found by the court, after due notice and hearing, to comply with the provisions of 11 U.S.C. § 1325;

IT IS HEREBY ORDERED that the Plan is confirmed.

IT IS FURTHER ORDERED that:

(1)     Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation, unless (1) the Chapter 13 Plan provides for surrender of the property, or (2) the property is sold pursuant to the Chapter 13 Plan or court order;

(2)     On or before May 15th of the year following the filing of the case and each year thereafter, the debtor(s) shall submit a copy of the prior years filed Federal and State tax returns to the Trustee. The Chapter 13 Plan is hereby amended accordingly;

(3)     Notwithstanding any provision of the plan to the contrary, the debtor(s)' Chapter 13 Plan payment shall be $742 per month for 3 months; $1110 per month for 1 month; $1342 per month for 56 months for new base of $78,488. The Chapter 13 Plan is hereby deemed amended accordingly.

(4)     The confirmation herein shall not bar the Trustee from seeking modification of the Chapter 13 Plan if it appears that additional disposable income is available to fund the Plan. The Chapter 13 Plan is hereby amended accordingly; and

(5)     Notwithstanding any provisions of the Chapter 13 Plan to the contrary, the debtor(s) shall pay on or before every May 1st following the entry of this Order all tax refunds above $2000 per year into the plan in addition to the base. The base shall be automatically increased by said amount without motion, hearing or court order after the Trustee's office has received a copy of any tax return of the debtor(s) that provides for a refund. The Chapter 13 Plan is hereby amended accordingly.

(6)     That paragraph D3 is hereby amended to delete the "X" in the 2nd box and to include the following provision: "The plan will conclude before the end of the initial term as adjusted by paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan." The Chapter 13 Plan is hereby deemed amended accordingly.

ENTER:

Dated: OCT 13 2017

JUDGE WILLIAM V. ALTENBERGER

Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax:    815-968-5368