# United States Bankruptcy Court
## Northern District Of Illinois
### Western Division

Page 1

| In RE: | MARIUSZ R. CZERWIEC<br>2416 THOROUGHBRED TRAIL<br>WOODSTOCK IL 60098 | BOZENA M. CZERWIEC | Case Number<br>**17-81042 TML**<br>SS #: xxx-xx-6424  xxx-xx-6430 | 3/20/2018 |
|---|---|---|---|---|

## TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | CUTLER & ASSOCIATES, LTD<br>4131 MAIN STREET | ATTORNEY DAVID CUTLER<br>SKOKIE,IL 60076- | 10/13/2017 | 4,000.00 | 4,000.00 | 0.00 | Legal | 100.00 |
| 001-0 | ALLY BANK<br>PO BOX 78367 | PAYMENT PROCESSING CENTER<br>PHOENIX,AZ 85062-8367 | 05/22/2017 | 15,617.26 | 15,617.26 | 5.44 | Secured | 100.00 |
| 002-0 | ILLINOIS TITLE LOANS<br>8601 DUNWOODY PLACE, SUITE 406 | LEGAL DEPARTMENT<br>ATLANTA,GA 30350- | 09/12/2017 | 3,807.95 | 3,807.95 | 5.25 | Secured | 100.00 |
| 002-1 | ILLINOIS TITLE LOANS<br>8601 DUNWOODY PLACE, SUITE 406 | LEGAL DEPARTMENT<br>ATLANTA,GA 30350- | 09/12/2017 | 0.00 | 0.00 | 0.00 | Unsecured | as funds available |
| 003-0 | OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON RD STE 100 | ATTN: CASHIERING DEPARTMENT<br>WEST PALM BEACH,FL 33409- | 09/11/2017 | 4,878.99 | 4,878.99 | 0.00 | Secured | 100.00 |
| 005-0 | ACTIVITY COLLECTION SERVICE | 664 MILWAUKEE AVE<br>PROSPECT HEIGHTS,IL 60070- | 06/08/2017 | 680.00 | 380.80 | 0.00 | Unsecured | as funds available |
| 010-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK,VA 23541- | 09/08/2017 | 2,346.80 | 1,314.21 | 0.00 | Unsecured | as funds available |
| 011-0 | QUANTUM3 GROUP LLC as agent fo<br>PO BOX 788 | MOMA FUNDING LLC<br>KIRKLAND,WA 98083-0788 | 08/10/2017 | 539.79 | 302.28 | 0.00 | Unsecured | as funds available |
| 012-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 07/06/2017 | 1,696.43 | 950.00 | 0.00 | Unsecured | as funds available |
| 015-0 | QUANTUM3 GROUP LLC as agent fo<br>PO BOX 788 | SADINO FUNDING LLC<br>KIRKLAND,WA 98083-0788 | 08/01/2017 | 598.77 | 335.31 | 0.00 | Unsecured | as funds available |
| 016-0 | BLITT & GAINES PC | 661 GLENN AVENUE<br>WHEELING,IL 60090- | 07/07/2017 | 13,782.27 | 7,718.07 | 0.00 | Unsecured | as funds available |
| 017-0 | FORD MOTOR CREDIT CORP<br>PO BOX 55000 | DRAWER 55-953<br>DETROIT,MI 48255- | 05/18/2017 | 8,142.29 | 4,559.68 | 0.00 | Unsecured | as funds available |
| 021-0 | BECKET & LEE LLP<br>POB 3001 | ATTORNEYS/AGENT FOR CREDITOR<br>MALVERN,PA 19355-0701 | 08/25/2017 | 712.25 | 398.86 | 0.00 | Unsecured | as funds available |
| 023-0 | NCP<br>ONE ALLIED DR | ATTN: BANKRUPTCY<br>TREVOSE,PA 19053- | 06/16/2017 | 2,890.80 | 1,618.85 | 0.00 | Unsecured | as funds available |
| 026-0 | GLORIA TSOTSOS<br>15W030 NORTH FRONTAGE RD. SUITE 100 | CODILIS & ASSOCIATES P.C.<br>BURR RIDGE,IL 60527- | | 0.00 | 0.00 | 0.00 | Not Filed | |
| 027-0 | SYNCHRONY BANK<br>PO BOX 41021 | % PRA RECEIVABLES MANAGEMENT L<br>NORFOLK,VA 23541- | | 0.00 | 0.00 | 0.00 | Not Filed | |
| 028-0 | T MOBILE/T-MOBILE USA INC BY<br>PO BOX 248848 | AMERICAN INFORSOURCE LP AS AGE<br>OKLAHOMA CITY,OK 73124-8848 | 05/11/2017 | 314.15 | 175.92 | 0.00 | Unsecured | as funds available |

United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 2

In RE: MARIUSZ R. CZERWIEC  BOZENA M. CZERWIEC   Case Number   3/20/2018
2416 THOROUGHBRED TRAIL
WOODSTOCK IL 60098

**17-81042 TML**

SS #:   xxx-xx-6424   xxx-xx-6430

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
--------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL on 3/22/18                By Heather Fagan