UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| IN RE: | DATE | CASE NUMBER |
|---|---|---|
| MARIUSZ R. CZERWIEC | July 8, 2019 | 17-81042 |
| BOZENA M. CZERWIEC | | |
| Debtor(s) | | |

### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS COMBINED WITH NOTICE OF THE MOTION AND OF HEARING THEREON

The trustee in this case states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the debtor to the trustee have not been made as proposed.

WHEREFORE, the trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c).

YOU ARE HEREBY NOTIFIED that the above motion has been set for hearing before the **U.S. Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101** at the following date and time:

## August 15, 2019 @ 8:50 A.M.

You may appear at the stated time and place and offer evidence in support of or in opposition to such motion. If you fail to appear, the allegations of said motion may be taken as true and an Order entered accordingly.

/s/ Lydia S. Meyer
LYDIA S. MEYER, Trustee
Post Office Box 14127
Rockford, IL   61105-4127

### CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing motion and notice was mailed to the Debtor(s) and to the Debtor(s) attorney of record in envelopes addressed as indicated below bearing first class postal indicia on the 8 day of July 2019.

/s/Heather Fagan

Debtor(s):
MARIUSZ R. CZERWIEC
BOZENA M. CZERWIEC
2416 THOROUGHBRED TRAIL
WOODSTOCK, IL   60098

BOZENA M. CZERWIEC
2416 THOROUGHBRED TRAIL
WOODSTOCK, IL   60098

Attorney:
CUTLER & ASSOCIATES, LTD
ATTORNEY DAVID CUTLER
4131 MAIN STREET
SKOKIE, IL   60076-