UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:   )    BK No.:  17-81042
Mariusz R Czerwiec   )   (Jointly Administered)
Bozena M Czerwiec   )   Chapter:  13
   )   Honorable Thomas M. Lynch
   )
   )
   Debtor(s)   )

## ORDER MODIFYING DEBTORS' PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  January 14, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600